[No. 14626–2–I.  Division One.  May 19, 1986.]

JANET VALENTO, ET AL, *Appellants,* V. ALLSTATE
INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 82–2–13883–5, Robert W. Winsor, J., entered
April 13, 1984. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Scholfield, C.J., and Webster,
J.

[No. 14723–4–I.  Division One.  May 19, 1986.]

THE STATE OF WASHINGTON, *Respondent,* V. SAMUEL
JAY GREEN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–03488–4, Peter K. Steere, J., entered
May 2, 1984. *Affirmed* by unpublished opinion per Cole-
man, J., concurred in by Ringold, A.C.J., and Grosse, J.

[No. 14334–4–I.  Division One.  May 19, 1986.]

GENERAL INSURANCE CO. OF AMERICA, *Respondent,* V.
IRWIN KLEINMAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 82–2–13249–7, Jack Richey, J. Pro Tem.,
entered January 26, 1984. *Affirmed* by unpublished opinion
per Webster, J., concurred in by Swanson, J., and Holman,
J. Pro Tem.